Official Form 17
(12/04)

# United States Bankruptcy Court

Northern District Of California

In re **Steven Paul Wildhaber, Sr.**,
 Debtor

Case No. **14-10875-AJ**

Chapter **13**

FILED
JUL -9 2014
U.S. BANKRUPTCY COURT
SANTA ROSA, CA

*[Caption as in Form 16A, 16B, or 16D, as appropriate]*

## NOTICE OF APPEAL

**Steven Paul Wildhaber, Sr.**, the plaintiff [*or* defendant *or* other party] appeals under 28 U.S.C. § 158(a) or (b) from the judgment, order, or decree of the bankruptcy judge (describe) entered in this adversary proceeding [*or other proceeding, describe type*] on the **26** day of **June**, **14**.
 (month)  (year)

The names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

1. Steven Paul Wildhaber, Sr.   33 Belvedere Ct. Napa, CA 94559-4142   707-253-7988


Dated: **June 7, 2014**

Signed: *Steven Paul Wildhaber, Sr.*
Attorney for Appellant (or Appellant, if not represented by an Attorney)

Attorney Name: **Pro se**

Address: **33 Belvedere Ct. Napa, CA 94559-4142**

Telephone No: **707-253-7988**

If a Bankruptcy Appellate Panel Service is authorized to hear this appeal, each party has a right to have the appeal heard by the district court. The appellant may exercise this right only by filing a separate statement of election at the time of the filing of this notice of appeal. Any other party may elect, within the time provided in 28 U.S.C. § 158(c), to have the appeal heard by the district court.

*If a child support creditor or its representative is the appellant, and if the child support creditor or its representative files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re
Steven Paul Wildhaber, Sr.,

Case No.: 14-10875-AJ
Chapter: 13

Debtor(s).

ORDER OF DISMISSAL

On June 11, 2014, the Court issued its Order to File Required Documents, giving the debtor notice that unless the listed documents were timely filed or a hearing was requested this Chapter 13 case might be dismissed. The debtor having failed to file all the required documents or request a hearing,

IT IS ORDERED that this Chapter 13 case is dismissed.

Dated: June 26, 2014

Alan Jaroslovsky
Chief Bankruptcy Judge

I, the undersigned, a regularly appointed deputy clerk of the United States Bankruptcy Court for the Northern District of California, at Santa Rosa, hereby certify:

That I, in the performance of my duties as such clerk, served a copy of the foregoing document by depositing it in the regular United States mail at Santa Rosa, California on the date shown below, in a sealed envelope bearing the lawful frank of the Bankruptcy Judge, addressed as listed below.

Dated: July 10, 2014

Wendy Karnes

Bankruptcy Appellate Panel
of the Ninth Circuit
125 S. Grand Ave.
Pasadena, CA 91105


Steven Paul Wildhaber, Sr.
33 Belvedere Court
Napa, CA 94559