FILED
JUL 10 2014
U.S. BANKRUPTCY COURT
SANTA ROSA, CA

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re:
Steven Paul Wildhaber, Sr.,

Case No.: 14-10875-AJ

_____Debtor(s)._____/

## NOTICE OF REFERRAL OF APPEAL TO BANKRUPTCY APPELLATE PANEL

TO ALL PARTIES:

YOU AND EACH OF YOU are hereby notified that the enclosed notice of appeal has been filed by Steven Paul Wildhaber, Sr. with the Clerk of the Bankruptcy Court. By virtue of the orders of the Judicial Council of the Ninth Circuit and the District Court for this district, the above appeal has been referred to the United States Bankruptcy Appellate Panel of the Ninth Circuit (BAP).

Dated: July 10, 2014

EDWARD J. EMMONS, Clerk
United States Bankruptcy Court

By: /s/ Wendy
Deputy Clerk

I, the undersigned, a regularly appointed deputy clerk of the United States Bankruptcy Court for the Northern District of California, at Santa Rosa, hereby certify:

That I, in the performance of my duties as such clerk, served a copy of the foregoing document by depositing it in the regular United States mail at Santa Rosa, California on the date shown below, in a sealed envelope bearing the lawful frank of the Bankruptcy Judge, addressed as listed below.

Dated: July 10, 2014

*Wendy* (signature)
Wendy Karnes

Bankruptcy Appellate Panel
of the Ninth Circuit
125 S. Grand Ave.
Pasadena, CA 91105


Steven Paul Wildhaber, Sr.
33 Belvedere Court
Napa, CA 94559