UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re

STEVEN PAUL WILDHABER, SR.,           No. 14-10875

                    Debtor(s).
_____/

Memorandum and Order
_____

       The debtor appears to believe that his Chapter 13 case was dismissed because his schedules were a day late due to being sent to the wrong address. However, the case was dismissed only because he failed to file a Chapter 13 plan. Rule 3015(b) of the Federal Rules of Bankruptcy Procedure requires that a Chapter 13 plan be filed within 14 days of the petition and does not permit extensions except after proper notice and a showing of good cause. The debtor did not file his plan until 28 days after the petition, the same day he filed his notice of appeal.

       The court will hear the debtor's motion to reopen his case on September 10, 2014, at 1:30 P.M., provided that he immediately serve his motion, all related papers, and this order on all of his creditors and file a certificate thereof.

       SO ORDERED.

Dated: August 24, 2014

                                                    Alan Jaroslovsky
                                                    Chief Bankruptcy Judge