Case: 14-1352, Document: 37, Filed: 08/19/2015, Page 1 of 1
Entered on Docket
August 20, 2015
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES BANKRUPTCY APPELLATE PANEL
## OF THE NINTH CIRCUIT

In re: STEVEN PAUL WILDHABER, SR.,
DBA Designs Luminaire

Debtor

BAP No. NC-14-1352-PaJuKl

STEVEN PAUL WILDHABER, SR.

Bankr. No. 14-10875
Chapter 13

Appellant

v.

July 28, 2015

DAVID BURCHARD, Chapter 13 Trustee

Appellee

## JUDGMENT

ON APPEAL from the United States Bankruptcy Court for California Northern - Santa Rosa.

THIS CAUSE came on to be heard on the record and the briefs of the parties.

ON CONSIDERATION WHEREOF, it is ordered and adjudged by this Panel that the judgment of the Bankruptcy Court is **AFFIRMED**.

FOR THE PANEL,

Susan M Spraul
Clerk of Court
By: Freddie Brown, Deputy Clerk

BANKRUPTCY APPELLATE PANEL
OF THE NINTH CIRCUIT
A True Copy
Attest:
Susan M. Spraul, Clerk
by Deputy Clerk